UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **TREVOR COLE #67573-054** | **CIVIL ACTION NO. 25-cv-1199 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN GARRETT ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 10], having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claim under *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against all Defendants is **DENIED AND DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b)(i) and (ii), leaving only the FTCA claim pending against the United States.

MONROE, LOUISIANA, this 23rd day of December 2025.

 

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE