**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **TREVOR COLE #67573-054** | **CASE NO. 1:25-CV-01199 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN GARRETT ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 24], noting no written and filed objections thereto, and after an independent review of the record and concurring with the Magistrate Judge's factual findings and legal conclusions,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 20] filed by Defendant, the United States of America, is **GRANTED**, and *pro se* Plaintiff Trevor Cole's remaining FTCA claim is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

MONROE, LOUISIANA, this 12th day of August 2026.

Terry A. Doughty

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE